# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KEVIN B. LAWLOR | § | Case No. 15-19075 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/30/2015. The undersigned trustee was appointed on 06/03/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of       $   35,000.00

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 11.75 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]       $ | 34,988.25 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 01/27/2016 and the deadline for filing governmental claims was 01/27/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 4,250.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 4,250.00 , for a total compensation of $ 4,250.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 14.00 , for total expenses of $ 14.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/26/2017       By:/s/BRENDA PORTER HELMS, TRUSTEE
                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-19075 | DRC | Judge: | Donald R Cassling | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | KEVIN B. LAWLOR | | | | Date Filed (f) or Converted (c): | 05/30/2015 (f) |
| | | | | | 341(a) Meeting Date: | 07/07/2015 |
| For Period Ending: | 01/26/2017 | | | | Claims Bar Date: | 01/27/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Sinble family residence at 723 Emory Ave. Elmhurst IL compeled to abandon 1/11/16 [dkt 54] | 649,000.00 | 0.00 | OA | 0.00 | FA |
| 2. US Bank checking acct ending in 1669 | 50.00 | 50.00 | | 0.00 | FA |
| 3. US BAnk checking acct ending in 3006 | 12.00 | 12.00 | | 0.00 | FA |
| 4. BMO Harris checking account ending in 9013 | 850.00 | 0.00 | | 0.00 | FA |
| 5. Household goods | 1,100.00 | 0.00 | | 0.00 | FA |
| 6. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 7. Wedding ring & claddagh ring | 200.00 | 0.00 | | 0.00 | FA |
| 8. pool table exercise equipment | 750.00 | 0.00 | | 0.00 | FA |
| 9. Term Life Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 10. 529 Account (daughter) | 2,500.00 | 0.00 | | 0.00 | FA |
| 11. 529 Account (son) | 2,500.00 | 0.00 | | 0.00 | FA |
| 12. Vanguard IRA Account | 0.00 | 0.00 | | 0.00 | FA |
| 13. 100% shareholder of Raodtech Mfg | 0.00 | 0.00 | | 0.00 | FA |
| 14. 1/7 interest in Catherine Lawlor estate Trustee settled per Court order 5/13/16 [dkt 59] | Unknown | 31,000.00 | | 35,000.00 | FA |
| 15. 2007 Volvo | 8,100.00 | 0.00 | | 0.00 | FA |
| 16. 2008 BMW X3 | 12,000.00 | 3,532.64 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $677,562.00 | $34,594.64 | | $35,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

9/30/16: Asset liquidated. Amended Schedule C filed 8/4/16. Trustee preparing TFR

Initial Projected Date of Final Report (TFR): 12/30/2016         Current Projected Date of Final Report (TFR): 12/30/2016

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 15-19075 | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE | |
| Case Name: | KEVIN B. LAWLOR | Bank Name: | Associated Bank | |
| | | Account Number/CD#: | XXXXXX3813 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX3934 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 01/26/2017 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/24/16 | 14 | Lawlor Realty Trust | Estate interest in trust per order 5/13/16 [dkt 59] | 1129-000 | $35,000.00 | | $35,000.00 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.75 | $34,988.25 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $35,000.00 | $11.75 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $35,000.00 | $11.75 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $35,000.00 | $11.75 |

UST Form 101-7-TFR (5/1/2011)  *(Page: 5)*        Page Subtotals:        $35,000.00        $11.75

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3813 - Checking | $35,000.00 | $11.75 | $34,988.25 |
|  | $35,000.00 | $11.75 | $34,988.25 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $35,000.00 |
| Total Gross Receipts: | $35,000.00 |

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 15-19075-DRC  
Debtor Name: KEVIN B. LAWLOR  
Claims Bar Date: 1/27/2016

Date: January 26, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | TRUSTEE BRENDA PORTER HELMS<br>3400 W. Lawrence Ave.<br>Chicago, IL  60625 | Administrative | | $0.00 | $4,250.00 | $4,250.00 |
| 100 2200 | TRUSTEE BRENDA PORTER HELMS<br>3400 W. Lawrence Ave.<br>Chicago, IL  60625 | Administrative | | $0.00 | $14.00 | $14.00 |
| 5 280 5800 | INTERNAL REVENUE SERVICE<br>P.O. Box 7346<br>Philadelphia, PA  19101 | Priority | Claim Amended 1/24/17<br><br>Per amended claim: mail payment to<br><br>IRS<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | $0.00 | $1,080.55 | $1,080.55 |
| 1 300 7100 | Financial Pacific Leasing<br>Askounis & Darcy<br>444 N. Michigan Ave.  #3270<br>Chicago IL 60611 | Unsecured | | $94,322.99 | $94,627.74 | $94,627.74 |
| 2 300 7100 | American InfoSource LP as agent for TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured | | $0.00 | $3,161.33 | $3,161.33 |
| 3 300 7100 | QUANTUM3 GROUP LLC AS AGENT<br>for Comenity Bank<br>p.O. Box 788<br>Kirkland, WA  98083 | Unsecured | | $3,366.79 | $3,162.22 | $3,162.22 |
| 4 300 7100 | QUANTUM3 GROUP LLC AS AGENT<br>for Comenity Bank<br>p.O. Box 788<br>Kirkland, WA  98083 | Unsecured | | $0.00 | $1,376.13 | $1,376.13 |
| 6 300 7100 | Rochester Rotational Molding<br>1952 E. Lucas Street<br>P.O. Box 205<br>Rochester, IN 46975 | Unsecured | | $12,000.00 | $14,538.89 | $14,538.89 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-19075-DRC  
Debtor Name: KEVIN B. LAWLOR  
Claims Bar Date: 1/27/2016  

Date: January 26, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---:|---:|---:|
| 7 300 7100 | Lester L. Brossard Co. P.O. Box 708 Woodstock IL 60098 | Unsecured | | $6,000.00 | $5,264.66 | $5,264.66 |
| 8 300 7100 | BMW Bank of North America P.O. Box 23356 Pittsburgh PA 15222 | Unsecured | | $0.00 | $14,946.22 | $14,946.22 |
| 9 300 7100 | Hi-Way Safety Rentals Inc. c/o Lichtman Eisen Partners, Ltd. 222 North LaSalle Street, Stuie 300 Chicago, IL 60601 | Unsecured | | $16,478.65 | $16,382.11 | $16,382.11 |
| 10 300 7100 | AMERICAN EXPRESS BANK c/o Becket and Lee LLP P.O. Box 3001 Malvern, PA 19355 | Unsecured | | $12,838.74 | $12,138.74 | $12,138.74 |
| 11 300 7100 | Pawnee Leasing Corporation 700 Centre Ave Fort Collings CO 80526 | Unsecured | | $39,720.59 | $41,860.76 | $41,860.76 |
| 12 300 7100 | Citizens Bank Charles Koutsogiane One Citizens Dr. Managed Assets ROP30B Riverside RI 02915 | Unsecured | | $0.00 | $90,413.87 | $90,413.87 |
| 13 300 7100 | AdvanceMe, Inc. c/o Maysoun Iqal Esq P.O. Bxo 211067 Milwaukee WI 53221 | Unsecured | Determined to be unsecured per order 4/15/16 [dkt. 57] | $81,860.72 | $81,860.72 | $81,860.72 |
| 5A 380 7300 | INTERNAL REVENUE SERVICE P O BOX 7346 Philadelphia, PA 19101-7346 | Unsecured | Claim amended 1/24/17: no portion of amended claim is unsecured | $0.00 | $0.00 | $0.00 |
| | Case Totals | | | $266,588.48 | $385,077.94 | $385,077.94 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-19075
Case Name: KEVIN B. LAWLOR
Trustee Name: BRENDA PORTER HELMS, TRUSTEE

| | | |
|---|---|---|
| Balance on hand | $ | 34,988.25 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: TRUSTEE BRENDA PORTER HELMS | $ 4,250.00 | $ 0.00 | $ 4,250.00 |
| Trustee Expenses: TRUSTEE BRENDA PORTER HELMS | $ 14.00 | $ 0.00 | $ 14.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 4,264.00 |
| Remaining Balance | $ 30,724.25 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 1,080.55 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | INTERNAL REVENUE SERVICE | $ 1,080.55 | $ 0.00 | $ 1,080.55 |
| | Total to be paid to priority creditors | | | $ 1,080.55 |
| | Remaining Balance | | | $ 29,643.70 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 379,733.39 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Financial Pacific Leasing | $ 94,627.74 | $ 0.00 | $ 7,387.07 |
| 2 | American InfoSource LP as agent | $ 3,161.33 | $ 0.00 | $ 246.79 |
| 3 | QUANTUM3 GROUP LLC AS AGENT | $ 3,162.22 | $ 0.00 | $ 246.86 |
| 4 | QUANTUM3 GROUP LLC AS AGENT | $ 1,376.13 | $ 0.00 | $ 107.43 |
| 6 | Rochester Rotational Molding | $ 14,538.89 | $ 0.00 | $ 1,134.97 |
| 7 | Lester L. Brossard Co. | $ 5,264.66 | $ 0.00 | $ 410.98 |
| 8 | BMW Bank of North America | $ 14,946.22 | $ 0.00 | $ 1,166.77 |
| 9 | Hi-Way Safety Rentals Inc. | $ 16,382.11 | $ 0.00 | $ 1,278.86 |
| 10 | AMERICAN EXPRESS BANK | $ 12,138.74 | $ 0.00 | $ 947.60 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | Pawnee Leasing Corporation | $ 41,860.76 | $ 0.00 | $ 3,267.84 |
| 12 | Citizens Bank | $ 90,413.87 | $ 0.00 | $ 7,058.11 |
| 13 | AdvanceMe, Inc. | $ 81,860.72 | $ 0.00 | $ 6,390.42 |
| | Total to be paid to timely general unsecured creditors | | $ | 29,643.70 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5A | INTERNAL REVENUE SERVICE | $ 0.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to subordinated unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |