# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KEVIN B. LAWLOR | § | Case No. 15-19075 |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 420,662.00                    Assets Exempt: 256,900.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  30,724.25    Claims Discharged
                                                Without Payment:  1,056,545.13

Total Expenses of Administration:  4,275.75

---

3) Total gross receipts of $ 35,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 35,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 421,533.65 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,275.75 | 4,275.75 | 4,275.75 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 1,080.55 | 1,080.55 | 1,080.55 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 551,510.27 | 379,733.39 | 379,733.39 | 29,643.70 |
| **TOTAL DISBURSEMENTS** | $ 973,043.92 | $ 385,089.69 | $ 385,089.69 | $ 35,000.00 |

4)  This case was originally filed under chapter 7 on 05/30/2015 . The case was pending for 24 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  05/17/2017                     By:/s/BRENDA PORTER HELMS, TRUSTEE
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1/7 interest in Catherine Lawlor estate | 1129-000 | 35,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$35,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America, N.A. | | 8,467.36 | NA | NA | 0.00 |
| | CitiMortgage, Inc. | | 380,093.15 | NA | NA | 0.00 |
| | US Bank | | 32,973.14 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 421,533.65** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE BRENDA PORTER HELMS | 2100-000 | NA | 4,250.00 | 4,250.00 | 4,250.00 |
| TRUSTEE BRENDA PORTER HELMS | 2200-000 | NA | 14.00 | 14.00 | 14.00 |
| Associated Bank | 2600-000 | NA | 11.75 | 11.75 | 11.75 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 4,275.75 | $ 4,275.75 | $ 4,275.75 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | INTERNAL REVENUE SERVICE | 5800-000 | 0.00 | 1,080.55 | 1,080.55 | 1,080.55 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 1,080.55 | $ 1,080.55 | $ 1,080.55 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Access America Transport | | 1,275.00 | NA | NA | 0.00 |
| | Armorcast Products Company | | 19,000.00 | NA | NA | 0.00 |
| | Arrow Sign Company | | 6,200.40 | NA | NA | 0.00 |
| | Charter One | | 0.00 | NA | NA | 0.00 |
| | Cortina Companies | | 14,000.00 | NA | NA | 0.00 |
| | Daniel Collins | | 0.00 | NA | NA | 0.00 |
| | Highway Sales | | 4,000.00 | NA | NA | 0.00 |
| | JAS Interconnect Solutions | | 13,862.00 | NA | NA | 0.00 |
| | Kearns Brinen & Monaghan | | 1,000.00 | NA | NA | 0.00 |
| | Michael Lawlor | | 5,000.00 | NA | NA | 0.00 |
| | Peter Lawlor | | 10,000.00 | NA | NA | 0.00 |
| | Resinet Products (2010) inc. | | 9,000.00 | NA | NA | 0.00 |
| | Robert Honig, Esq | | 1,200.00 | NA | NA | 0.00 |
| | Robert Lawlor | | 8,500.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Susquehanna Commercial Finance, Inc. | | 35,658.00 | NA | NA | 0.00 |
| | Target National Bank | | 3,000.00 | NA | NA | 0.00 |
| | Timothy Lawlor | | 20,000.00 | NA | NA | 0.00 |
| | Traffix Devices, Inc | | 32,039.54 | NA | NA | 0.00 |
| | UPS, Inc. | | 1,900.00 | NA | NA | 0.00 |
| | US Small Business Administration | | 90,086.85 | NA | NA | 0.00 |
| | Work Area Protection Corp. | | 7,000.00 | NA | NA | 0.00 |
| | Worldpay | | 2,200.00 | NA | NA | 0.00 |
| 13 | AdvanceMe, Inc. | 7100-000 | 81,860.72 | 81,860.72 | 81,860.72 | 6,390.42 |
| 10 | AMERICAN EXPRESS BANK | 7100-000 | 12,838.74 | 12,138.74 | 12,138.74 | 947.60 |
| 2 | American InfoSource LP as agent | 7100-000 | NA | 3,161.33 | 3,161.33 | 246.79 |
| 8 | BMW Bank of North America | 7100-000 | NA | 14,946.22 | 14,946.22 | 1,166.77 |
| 12 | Citizens Bank | 7100-000 | NA | 90,413.87 | 90,413.87 | 7,058.11 |
| 1 | Financial Pacific Leasing | 7100-000 | 94,322.99 | 94,627.74 | 94,627.74 | 7,387.07 |
| 9 | Hi-Way Safety Rentals Inc. | 7100-000 | 16,478.65 | 16,382.11 | 16,382.11 | 1,278.86 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | Lester L. Brossard Co. | 7100-000 | 6,000.00 | 5,264.66 | 5,264.66 | 410.98 |
| 11 | Pawnee Leasing Corporation | 7100-000 | 39,720.59 | 41,860.76 | 41,860.76 | 3,267.84 |
| 3 | QUANTUM3 GROUP LLC AS AGENT | 7100-000 | 3,366.79 | 3,162.22 | 3,162.22 | 246.86 |
| 4 | QUANTUM3 GROUP LLC AS AGENT | 7100-000 | NA | 1,376.13 | 1,376.13 | 107.43 |
| 6 | Rochester Rotational Molding | 7100-000 | 12,000.00 | 14,538.89 | 14,538.89 | 1,134.97 |
| 5A | INTERNAL REVENUE SERVICE | 7300-000 | NA | 0.00 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 551,510.27 | $ 379,733.39 | $ 379,733.39 | $ 29,643.70 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-19075 | JSB | Judge: | Janet S. Baer | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | KEVIN B. LAWLOR | | | | Date Filed (f) or Converted (c): | 05/30/2015 (f) |
| | | | | | 341(a) Meeting Date: | 07/07/2015 |
| For Period Ending: | 05/17/2017 | | | | Claims Bar Date: | 01/27/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Sinble family residence at 723 Emory Ave. Elmhurst IL compeled to abandon 1/11/16 [dkt 54] | 649,000.00 | 0.00 | OA | 0.00 | FA |
| 2. US Bank checking acct ending in 1669 | 50.00 | 50.00 | | 0.00 | FA |
| 3. US BAnk checking acct ending in 3006 | 12.00 | 12.00 | | 0.00 | FA |
| 4. BMO Harris checking account ending in 9013 | 850.00 | 0.00 | | 0.00 | FA |
| 5. Household goods | 1,100.00 | 0.00 | | 0.00 | FA |
| 6. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 7. Wedding ring & claddagh ring | 200.00 | 0.00 | | 0.00 | FA |
| 8. pool table exercise equipment | 750.00 | 0.00 | | 0.00 | FA |
| 9. Term Life Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 10. 529 Account (daughter) | 2,500.00 | 0.00 | | 0.00 | FA |
| 11. 529 Account (son) | 2,500.00 | 0.00 | | 0.00 | FA |
| 12. Vanguard IRA Account | 0.00 | 0.00 | | 0.00 | FA |
| 13. 100% shareholder of Raodtech Mfg | 0.00 | 0.00 | | 0.00 | FA |
| 14. 1/7 interest in Catherine Lawlor estate Trustee settled per Court order 5/13/16 [dkt 59] | Unknown | 31,000.00 | | 35,000.00 | FA |
| 15. 2007 Volvo | 8,100.00 | 0.00 | | 0.00 | FA |
| 16. 2008 BMW X3 | 12,000.00 | 3,532.64 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $677,562.00 | $34,594.64 | | $35,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

9/30/16: Asset liquidated. Amended Schedule C filed 8/4/16. Trustee preparing TFR

Initial Projected Date of Final Report (TFR): 12/30/2016     Current Projected Date of Final Report (TFR): 12/30/2016

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-19075 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: KEVIN B. LAWLOR | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX3813 |
| | Checking |
| Taxpayer ID No: XX-XXX3934 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/17/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/24/16 | 14 | Lawlor Realty Trust | Estate interest in trust per order 5/13/16 [dkt 59] | 1129-000 | $35,000.00 | | $35,000.00 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.75 | $34,988.25 |
| 03/29/17 | 101 | TRUSTEE BRENDA PORTER HELMS 3400 W. Lawrence Ave. Chicago, IL  60625 | Distribution | | | $4,264.00 | $30,724.25 |
| | | TRUSTEE BRENDA PORTER HELMS | Final distribution representing a payment of 100.00 % per court order.  ($4,250.00) | 2100-000 | | | |
| | | TRUSTEE BRENDA PORTER HELMS | Final distribution representing a payment of 100.00 % per court order.  ($14.00) | 2200-000 | | | |
| 03/29/17 | 102 | INTERNAL REVENUE SERVICE P.O. Box 7346 Philadelphia, PA  19101 | Final distribution to claim 5 representing a payment of 100.00 % per court order. | 5800-000 | | $1,080.55 | $29,643.70 |
| 03/29/17 | 103 | Financial Pacific Leasing Askounis & Darcy 444 N. Michigan Ave.  #3270 Chicago IL 60611 | Final distribution to claim 1 representing a payment of 7.81 % per court order. | 7100-000 | | $7,387.07 | $22,256.63 |
| 03/29/17 | 104 | American InfoSource LP as agent  for TD Bank, USA PO Box 248866 Oklahoma City, OK 73124-8866 | Final distribution to claim 2 representing a payment of 7.81 % per court order. | 7100-000 | | $246.79 | $22,009.84 |
| 03/29/17 | 105 | QUANTUM3 GROUP LLC AS AGENT for Comenity Bank p.O. Box 788 Kirkland, WA  98083 | Distribution | | | $354.29 | $21,655.55 |
| | | QUANTUM3 GROUP LLC AS AGENT | Final distribution to claim 3 representing a payment of 7.81 % per court order.  ($246.86) | 7100-000 | | | |
| | | QUANTUM3 GROUP LLC AS AGENT | Final distribution to claim 4 representing a payment of 7.81 % per court order.  ($107.43) | 7100-000 | | | |

Page Subtotals:      $35,000.00     $13,344.45

UST Form 101-7-TDR (10/1/2010) (Page: 10)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-19075 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: KEVIN B. LAWLOR | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX3813 |
| | Checking |
| Taxpayer ID No: XX-XXX3934 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/17/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/29/17 | 106 | Rochester Rotational Molding<br>1952 E. Lucas Street<br>P.O. Box 205<br>Rochester, IN 46975 | Final distribution to claim 6 representing a payment of 7.81 % per court order. | 7100-000 | | $1,134.97 | $20,520.58 |
| 03/29/17 | 107 | Lester L. Brossard Co.<br>P.O. Box 708<br>Woodstock IL 60098 | Final distribution to claim 7 representing a payment of 7.81 % per court order. | 7100-000 | | $410.98 | $20,109.60 |
| 03/29/17 | 108 | BMW Bank of North America<br>P.O. Box 23356<br>Pittsburgh PA 15222 | Final distribution to claim 8 representing a payment of 7.81 % per court order. | 7100-000 | | $1,166.77 | $18,942.83 |
| 03/29/17 | 109 | Hi-Way Safety Rentals Inc.<br>c/o Lichtman Eisen Partners, Ltd.<br>222 North LaSalle Street, Stuie 300<br>Chicago, IL 60601 | Final distribution to claim 9 representing a payment of 7.81 % per court order. | 7100-000 | | $1,278.86 | $17,663.97 |
| 03/29/17 | 110 | AMERICAN EXPRESS BANK<br>c/o Becket and Lee LLP<br>P.O. Box 3001<br>Malvern, PA 19355 | Final distribution to claim 10 representing a payment of 7.81 % per court order. | 7100-000 | | $947.60 | $16,716.37 |
| 03/29/17 | 111 | Pawnee Leasing Corporation<br>700 Centre Ave<br>Fort Collings CO 80526 | Final distribution to claim 11 representing a payment of 7.81 % per court order. | 7100-000 | | $3,267.84 | $13,448.53 |
| 03/29/17 | 112 | Citizens Bank<br>Charles Koutsogiane<br>One Citizens Dr. Managed Assets<br>ROP30B<br>Riverside RI 02915 | Final distribution to claim 12 representing a payment of 7.81 % per court order. | 7100-000 | | $7,058.11 | $6,390.42 |
| 03/29/17 | 113 | AdvanceMe, Inc.<br>c/o Maysoun Iqal Esq<br>P.O. Bxo 211067<br>Milwaukee WI 53221 | Final distribution to claim 13 representing a payment of 7.81 % per court order. | 7100-000 | | $6,390.42 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $35,000.00 | $35,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $35,000.00 | $35,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $35,000.00 | $35,000.00 |
| Page Subtotals: | $0.00 | $21,655.55 |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3813 - Checking | $35,000.00 | $35,000.00 | $0.00 |
|  | $35,000.00 | $35,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $35,000.00 |
| Total Gross Receipts: | $35,000.00 |